UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ )<br>TRUSTEES OF THE PAINTERS & ALLIED )<br>TRADES DISTRICT COUNSEL NO. 35 )<br>HEALTH AND WELFARE, PENSION, AND )<br>ANNUITY FUNDS, )<br>     Plaintiffs; )<br> )<br>v. )<br> )<br>BOSTON BUILDERS )<br>‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ ) | Civil Action No. 05-CV-10368 |

## ANSWER

1.  The plaintiff states that paragraph 1 is a conclusion of fact and law; and, therefore, no response is required. Insofar as paragraph 1 may be construed to contain factual allegations, the same are denied.

2.  The defendant states that paragraph 2 alleges jurisdictional or venue statutes; and, therefore, no response to said paragraph is required. Insofar as paragraph 2 may be construed to contain factual allegations, the same are denied.

3.  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the plaintiff's Complaint.

4.  The defendant admits the allegations contained in Paragraph 4 of the plaintiff's Complaint.

5.  The defendant admits the allegations contained in Paragraph 5 of the plaintiff's Complaint.

6.  The defendant denies the allegations contained in Paragraph 6 of the plaintiff's Complaint.

7.  The defendant admits the allegations contained in Paragraph 7 of the plaintiff's Complaint.

8.  The defendant denies the allegations contained in Paragraph 8 of the plaintiff's Complaint.

9. The defendant states that a hearing was held in Boston, Massachusetts on December 7, 2004. The defendant further states that the document attached to the plaintiff's Complaint and marked "A" speaks for itself; and, therefore, no response is required. Insofar as Exhibit "A" may be construed to contain factual allegations, the same are denied.

10. The defendant denies the allegations contained in Paragraph 10 of the plaintiff's Complaint.

11. The defendant states that paragraph 11 alleges a violation of M.G.L. ch. 150 §11, which was repealed in 1959; and, therefore, no response to said paragraph is required. Insofar as the plaintiff is referencing M.G.L. ch. 150C §11, the defendant states that the statute speaks for itself, and, therefore, no response is required. Insofar as paragraph 11 may be construed to contain factual allegations, the same are denied.

12. The defendant denies the allegations contained in Paragraph 12 of the plaintiff's Complaint.

13. The defendant denies the allegations contained in Paragraph 13 of the plaintiff's Complaint.

14. The defendant denies the allegations contained in Paragraph 14 of the plaintiff's Complaint.

WHEREFORE, the defendant requests that this matter be dismissed with costs and fees assessed to the plaintiff.

## AFFIRMATIVE DEFENSES

1. The defendant states that the plaintiff's Complaint fails to state a claim against the defendant upon which relief can be granted.

2. The defendant states that the plaintiff, by his acts and conduct, failed to comply with various provisions and obligations incumbent on him under the contract; and, therefore, the defendant is not liable in this action.

3. The defendant states that the plaintiff is barred from maintaining this action due to the failure to perform conditions precedent under the contract in question.

4. The plaintiff, by its acts and conduct, is estopped to assert that the defendant now owes the plaintiff anything.

5. The defendant states that the plaintiff's Complaint should be dismissed for insufficiency of process.

6. The defendant states that the plaintiff's Complaint should be dismissed for insufficiency of service of process.

### JURY CLAIM

1. The defendant claims a trial by jury as to all issues.

WHEREFORE, the Defendant respectfully requests that judgment be entered against Plaintiff.

Respectfully submitted,
The defendant, Boston Builders, Inc.,
By its Attorney,

John J. Geary
B.B.O. No. 553879
Geary & Associates
161 Summer Street
Kingston, MA 02364
Tel. No. (781) 585-0008
Dated:   March 2, 2005

## CERTIFICATE OF SERVICE

I, John J. Geary, attorney for the defendant, Boston Builders, Inc., hereby certify that on this date, March 30, 2005, I mailed, first class, postage prepaid, a copy of the within Answer to the following counsel of record:

Michael A. Feinberg
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

_____
John J. Geary