UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Trustees of the Painters & Allied Trades,
       Plaintiff

v.   Civil Action No. 05-10368NMG

Boston Builders,
       Defendant

SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

      The Court having been advised by counsel for the plaintiff on May 31, 2003 that this case has settled. IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

By the Court,

5/31/05
  Date

/s/ Craig J. Nicewicz
Craig J. Nicewicz
Courtroom Clerk